## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

LARRY LUPOE,     :   PRISONER CIVIL RIGHTS
  Plaintiff,      :   42 U.S.C. § 1983
          :
 v.         :
          :   CIVIL ACTION NO.
UNKNOWN DEFENDANTS,  :   1:13-CV-3955-WSD-JSA
  Defendants.     :

### FINAL REPORT AND RECOMMENDATION

On December 13, 2013, the undersigned entered an order directing Plaintiff to submit either the $350.00 filing and $50.00 administrative fees or a completed financial affidavit seeking leave to proceed *in forma pauperis* within thirty (30) days. [Doc. 2].

As of this date, Plaintiff has failed to comply with the order.  Accordingly, **IT IS RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE**, due to Plaintiff's failure to comply with a lawful Order of this Court.  LR 41.3(A)(2), N.D. Ga.  The Clerk is **DIRECTED** to terminate the referral to the undersigned magistrate judge.

**IT IS SO RECOMMENDED** this 14th day of February, 2014.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE